AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Benitez, Roger T. | U. S. District Court, Southern District of California | 04/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

221 West Broadway
San Diego, California 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Thomas Jefferson School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | California State Teachers Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Benitez, Roger T.** | 04/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Chase Morgan Mortgage | Mortgage | N |
| 2. | American Express | revolving account | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 4 Salton City, Ca | | None | J | W | | | | | |
| 2. Parcel 5 San Diego, CA | E | Rent | N | W | | | | | |
| 3. Note (X)- Steve and Anna Seibert | E | Interest | M | T | | | | | |
| 4. Northern Life Annuity/ING now VOYA TSA group1 | B | Interest | L | T | | | | | |
| 5. Brokerage account-- MSSB--- (H) | | | | | | | | | |
| 6. Citibank- Bank Deposit Program | A | Interest | K | T | | | | | |
| 7. Automatic Data Processing ADP-common stock | A | Dividend | K | T | | | | | |
| 8. Berkshire Hathaway B-BRKB-common stock | | None | K | T | | | | | |
| 9. Bristol Myers BMY sommon stock | A | Dividend | | | Sold | 04/14/14 | J | | |
| 10. Centurylink CTL common stock | | None | | | Sold | 01/21/14 | J | | |
| 11. Chevron-common stock-CVX | A | Dividend | | | Buy | 03/18/14 | J | | |
| 12. | | | | | Sold | 12/10/14 | J | C | |
| 13. Ei Dupont-DD-common stock | A | Dividend | | | Sold | 06/27/14 | J | | |
| 14. General Electric- GE-common stock | A | Dividend | K | T | | | | | |
| 15. Duke Energy DUK-FKA Progress Energy-common stock | A | Dividend | K | T | | | | | |
| 16. Proctor & Gamble-PG-common stock | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 17. At&t (T) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Annaly Capital --NLY | A | Dividend | J | T | | | | | |
| 19. National Fuel Gas Co. (NFG) | A | Dividend | | | Sold | 07/28/14 | J | A | |
| 20. Ares Capital- (ARCC) | A | Dividend | | | Sold | 10/10/14 | J | A | |
| 21. Royal Dutch Shell- (RDS'B) | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 22. Apple-common stock-AAPL | A | Dividend | K | T | | | | | |
| 23. Royal Bank os Scotland-Preferred Stock-RBSM | A | Dividend | J | T | | | | | |
| 24. Qwest Corp Preferential Rate- preferred stock-cty | A | Dividend | J | T | | | | | |
| 25. General Motors Corporation --common stock GM | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 26. Blackberry Limited---common stock BBRy | | None | J | T | Buy | 03/18/14 | J | | |
| 27. Walt Disney Holding Company--common stock DIS | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 28. Whole Foods Markets--common stock WFM | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 29. Facebook Inc CLA--common stock FB | | None | J | T | Buy | 10/29/14 | J | | |
| 30. Google Inc CLC--common stock GOOG | | None | J | T | Buy | 10/29/14 | J | | |
| 31. CDK Global- CDK | | None | | | Spinoff (from line 7) | 09/30/14 | J | | |
| 32. | | | | | Sold | 10/29/14 | J | B | |
| 33. Brokerage account-- (H) | | | | | | | | | |
| 34. Goldman Sachs MLP- GMZ | A | Dividend | | | Sold | 04/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Linn Energy LLC-- LINE | A | Dividend | J | T | | | | | |
| 36. Teekay LNG Partners- Limited Partnership (TGP) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 37. Stag Industrial --(STAG) | A | Dividend | J | T | | | | | |
| 38. Columbia Strategic Fund Income Class A-- (COSIX) | A | Dividend | J | T | | | | | |
| 39. Hi Crush Partners LP-- HCLP | A | Dividend | | | Buy | 04/14/14 | J | | |
| 40. | | | | | Sold | 05/29/14 | J | B | |
| 41. CorEnergy--CORR- common stock | A | Dividend | | | Sold | 01/22/14 | J | | |
| 42. Kate Spade & Company-- common stock KATE | | None | | | Buy | 03/12/14 | J | | |
| 43. | | | | | Sold (part) | 06/10/14 | J | A | |
| 44. | | | | | Sold | 06/12/14 | J | A | |
| 45. Mandalay Digital-- common stock--MNDL | | None | | | Buy | 03/14/14 | J | | |
| 46. | | | | | Sold | 06/05/14 | J | | |
| 47. Miller Energy Resources-- Fixed SER D-- MILL | B | Dividend | J | T | | | | | |
| 48. Orchid Island Capital Inc.--common stock---ORC | B | Dividend | J | T | | | | | |
| 49. Realty Income Corp-- common stock-- O | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 50. Hatteras Financial Group--common stock-- HTS | A | Dividend | | | Buy | 06/02/14 | J | | |
| 51. | | | | | Sold | 09/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | American Capital Mortgage Investment- common- MTGE | | None | | | Buy | 06/02/14 | J | | |
| 53. | | | None | | | Sold | 06/20/14 | J | | |
| 54. | Whole Foods Market---common-WFM | A | Dividend | | | Buy | 06/02/14 | J | | |
| 55. | | | | | | Buy (add'l) | 06/05/14 | J | | |
| 56. | | | | | | Buy (add'l) | 06/09/14 | J | | |
| 57. | | | | | | Sold (part) | 07/23/14 | J | | |
| 58. | | | | | | Sold (part) | 09/06/14 | J | | |
| 59. | | | | | | Sold | 10/23/14 | J | | |
| 60. | Office Depot--common stock-ODP | | None | | | Buy | 06/02/14 | J | | |
| 61. | | | None | | | Sold | 09/08/14 | J | A | |
| 62. | Portland Electric Co- common stock-POR | A | Dividend | | | Buy | 06/23/14 | J | | |
| 63. | | | | | | Sold | 09/08/14 | J | A | |
| 64. | SPDR Gold Trust--GLD-- --common | | None | J | T | Buy | 06/04/14 | J | | |
| 65. | | | | | | Buy (add'l) | 06/12/14 | J | | |
| 66. | | | | | | Buy (add'l) | 06/24/14 | J | | |
| 67. | | | | | | Sold (part) | 06/24/14 | J | A | |
| 68. | | | | | | Buy (add'l) | 08/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 70. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 71. | | | | | Sold (part) | 10/29/14 | J | | |
| 72. | | | | | Sold (part) | 11/04/14 | J | | |
| 73. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 74. Facebook Inc-- common FB | | None | K | T | Buy | 10/27/14 | J | | |
| 75. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 76. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 77. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 78. Xerox Corp- common stock XRX | A | Dividend | | | Buy | 08/29/14 | J | | |
| 79. | | | | | Sold | 10/23/14 | J | | |
| 80. Lumber Liquidators-- common stock LL | | None | | | Buy | 09/08/14 | J | | |
| 81. | | | | | Sold | 10/24/14 | J | | |
| 82. Solar City--common stock SCTY | | None | | | Buy | 10/24/14 | J | | |
| 83. | | | | | Sold | 11/12/14 | J | | |
| 84. Lorilard, Inc. ----common stock LO | A | Dividend | | | Buy | 10/30/14 | J | | |
| 85. | | | | | Buy (add'l) | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/09/14 | J | A | |
| 87. Deutsche X Trackers Harvest-- China A shares--common ASHR | A | Dividend | | | Buy | 11/04/14 | J | | |
| 88. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 89. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 90. | | | | | Sold (part) | 12/19/14 | J | A | |
| 91. | | | | | Sold | 12/24/14 | J | A | |
| 92. Continental Resources---common CLR | | None | J | T | Buy | 12/19/14 | J | | |
| 93. General Motors Corp--- common stock GM | A | Dividend | | | Buy | 07/07/14 | J | | |
| 94. | | | | | Sold | 09/05/14 | J | | |
| 95. Franklin Fund-small cap growth fund I-FRSGX class (Y) | | | | | | | | | |
| 96. Valic---(H) | | | | | | | | | |
| 97. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 98. Valic Midcap Strat. GR./Morgan Stanley | A | Dividend | J | T | | | | | |
| 99. AIG Valic Mid Cap Fund (Wellington) | A | Dividend | K | T | | | | | |
| 100. Valic Small Cap Special Value-Evergreen/ Putnam | A | Dividend | K | T | | | | | |
| 101. Valic International Small Cap Equity/ AIG | A | Dividend | J | T | | | | | |
| 102. Washington Mutual-(now Chase Bank-) aggregate | C | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. San Diego County Credit Union aggregate | B | Interest | M | T | | | | | |
| 104. Bank of America aggregate | A | Interest | J | T | | | | | |
| 105. Scottrade - (H) | | | | | | | | | |
| 106. American Airlines Group--common stock-AAL | A | Dividend | K | T | Sold (part) | 02/14/14 | J | A | |
| 107. | | | | | Sold (part) | 03/27/14 | J | A | |
| 108. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 109. | | | | | Sold (part) | 06/12/14 | J | D | |
| 110. Western Management Capital-common stock- WMC | A | Dividend | | | Sold | 01/23/14 | J | A | |
| 111. | | | | | Buy | 01/28/14 | J | | |
| 112. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 113. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 114. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 115. | | | | | Sold | 05/05/14 | J | A | |
| 116. Big Five Sporting Goods Corp common stock-BGFV | | None | | | Sold | 02/14/14 | J | | |
| 117. Tesla Motor Company-common stockTSLA | A | Dividend | | | Buy | 03/03/14 | J | | |
| 118. | | | | | Sold | 04/01/14 | J | A | |
| 119. | | | | | Buy | 04/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 121. | | | | | Sold | 11/04/14 | J | A | |
| 122.  GW Pharmaceuticals-common stock GWPH | A | Dividend | | | Buy | 04/30/14 | J | | |
| 123. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 124. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 125. | | | | | Sold | 08/28/14 | J | A | |
| 126.  SPDR Gold Trust- GLD | | None | | | Buy | 06/09/14 | J | | |
| 127. | | | | | Sold | 07/10/14 | J | A | |
| 128.  Dicks Sporting Goods- common stock DKS | A | Dividend | | | Buy | 06/17/14 | J | | |
| 129. | | | | | Sold | 10/28/14 | J | | |
| 130.  Seaworld Entertainment Inc-common stock SEAS | A | Dividend | | | Buy | 08/26/14 | J | | |
| 131. | | | | | Sold | 12/01/14 | J | | |
| 132.  Teradyne Inc. - common stock TER | A | Dividend | | | Buy | 01/24/14 | J | | |
| 133. | | | | | Sold | 06/05/14 | J | | |
| 134.  Sysco Corporation-- common stock SYY | A | Dividend | | | Buy | 02/04/14 | J | | |
| 135. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 136. | | | | | Sold | 04/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Starwood Properties Trust--REIT--STWD | A | Dividend | | | Buy | 06/26/14 | J | | |
| 138. | | | | | Sold | 11/04/14 | J | | |
| 139.  Chevron Corporation---common stock CVX | A | Dividend | J | T | Buy | 10/20/14 | J | | |
| 140. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 141.  Lorilard Inc.--common stock LO | A | Dividend | | | Buy | 11/04/14 | J | | |
| 142. | | | | | Sold | 12/11/14 | J | A | |
| 143.  Facebook Inc-- CLA common stock FB | | None | J | T | Buy | 11/06/14 | J | | |
| 144.  Target Corporation --common stock TGT | | None | J | T | Buy | 12/24/14 | J | | |
| 145. | | | | | | | | | |
| 146.  California State Employee 401K-457 | A | Dividend | J | T | | | | | |
| 147.  Trust- - - (H) | | | | | | | | | |
| 148.  --Wells Fargo- aggregate | B | Interest | M | T | | | | | |
| 149.  --Parcel 6- San Diego, CA | E | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger T. Benitez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544